**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.




BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

IN RE: IN THE MATTER OF AN
APPLICATION OF THE UNITED STATES
OF AMERICA FOR AN ORDER
(1) AUTHORIZING THE USE OF A PEN
REGISTER AND A TRAP AND TRACE
DEVICE AND (2) AUTHORIZING RELEASE
OF SUBSCRIBER INFORMATION

**UNSEALING ORDER**
MC 06-0370 (JO)

---------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

It is hereby Ordered that the above captioned case be unsealed for all purposes. It is further Ordered that Docket Entry #1 remain sealed.

**SO ORDERED.**

Dated: Brooklyn, New York
      August 2, 2006

                          /s/ James Orenstein
                          JAMES ORENSTEIN
                          U.S. Magistrate Judge